UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ERROL GEORGE BRYAN, JR.      CIVIL ACTION NO. 1:13-CV-00632
Petitioner

VERSUS

JANET NAPOLITANO, et al.,      JUDGE TOM STAGG
Respondents      MAGISTRATE JUDGE KIRK

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

Additionally, the Court notes the copy of the report and recommendation mailed September 11, 2013 to Mr. Bryan's last known address was returned to the Clerk of Court on October 4, 2013, marked "return to sender." Thirty days have passed since October 4, 2013, but no correction to Plaintiff's address has been received by the Court. Therefore, dismissal for failure to prosecute under Local Rule 41.3W of the Uniform District Court Rules is also appropriate. Accordingly,

IT IS ORDERED that Bryan's habeas petition is DENIED AND DISMISSED WITH PREJUDICE AS MOOT.

THUS ORDERED AND SIGNED in Chambers at Shreveport, Louisiana, on this 15th day of November, 2013.

JUDGE TOM STAGG
UNITED STATES DISTRICT JUDGE